**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
MOBILE DIVISION**

**MITCHELL GOFF,**

    **Plaintiff,**

**v.**                                     **CASE NO. 1:18-CV-00529**

**PERFORMANCE CONTRACTORS,
INC.**

    **Defendant.**

---

**DEFENDANT PERFORMANCE CONTRACTORS, INC.'S MOTION FOR SUMMARY JUDGMENT**

---

    COMES NOW Performance Contractors, Inc., the Defendant in the above-styled cause of action, and pursuant to Rule 56 of the Federal Rules of Civil Procedure, moves this Honorable Court to grant summary judgment in its favor as to all claims asserted against it. There being no genuine issue of material fact, Performance Contractors, Inc. is entitled to judgment as a matter of law. In support of this Motion, Defendant relies upon the Narrative Statement of Undisputed Fact and Memorandum of Law filed contemporaneously herewith.

    WHEREFORE, the foregoing premises considered, Defendant Performance Contractors, Inc. respectfully requests that this Honorable Court enter summary judgment in its favor.

                                                    */s/ Jonathan R. Maples*
                                                    JONATHAN R. MAPLES (MAP0945)
                                                    CARR ALLISON
                                                    6251 Monroe Street, Suite 200
                                                    Daphne, Alabama  36526
                                                    Telephone:    (251) 626-9340
                                                    Facsimile:     (251) 626-8928
                                                    Email: jmaples@carrallison.com
                                                    *Attorney for Performance Contractors, Inc.*

2

**CERTIFICATE OF SERVICE**

      I do hereby certify that on January 31, 2020, I electronically filed the foregoing with the Clerk of the Court using the Alafile system which will send notification of such filing to the following and that I hereby certify that I have mailed by placing a copy of same in the United States Mail, first-class postage prepaid and properly addressed those non Alafile participants:

Kira Fonteneau, Esq.
Felicia Long, Esq.
THE FONTENEAU FIRM, LLC
2151 Highland Avenue, Suite 205
Birmingham, AL 35205

                                            */s/ Jonathan R. Maples*
                                            JONATHAN R. MAPLES
                                            OF COUNSEL